UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CR702 CDP |
| | ) | |
| DAVID D. EPPERSON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

At the request of the defendant and for good cause shown,

**IT IS HEREBY ORDERED** that the change of plea hearing as to defendant **David D. Epperson** is reset to **Thursday, February 5, 2009 at 11:30 a.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of February, 2009.